0058-1L-EPICXX-00263248-467599

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 042
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304
or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1706206

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT: 674.00
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00263246-467597

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 027
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304 or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 5654

MID AMERICA BANK & TRUST COMPANY
5109 S BROADBAND LANE
PO BOX 90340
SIOUX FALLS, SD 57109

AMOUNT: 445.16
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MID AMERICA BANK & TRUST COMPANY
5109 S BROADBAND LANE
PO BOX 90340
SIOUX FALLS, SD 57109

0058-1L-EPICXX-00263244-467595

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 025
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304 or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1444770

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT: 488.93
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00263242-467593

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 021
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304
or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1100

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541

AMOUNT: 532.70
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541

0058-1L-EPICXX-00263240-467591

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 053
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304 or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 6815

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541

AMOUNT: 617.87
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541

0058-1L-EPICXX-00263238-467589

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 052
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304
or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 6147

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541

AMOUNT: 601.62
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541

0058-1L-EPICXX-00263236-467587

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 061
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304
or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 7498

PREMIER BANKCARD
PREMIER/CHARTER
PO BOX 2208
VACAVILLE, CA 95696-8208

AMOUNT: 412.93
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

PREMIER BANKCARD
PREMIER/CHARTER
PO BOX 2208
VACAVILLE, CA 95696-8208

0058-1L-EPICXX-00263234-467585

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 060
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304 or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1332218

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT: 70.00
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00263232-467583

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 059
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304
or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1357805

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT: 395.00
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00263230-467581

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 058
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF
THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF
AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304
or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1453313

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT: 10.00
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00263228-467579

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 057
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304 or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1332226

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT: 129.00
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00263226-467577

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 056
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304 or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1409611

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT: 520.43
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00263222-467573

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 054
(CHAPTER 13)

**ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING**

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304 or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1447250

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT: 395.00
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

0058-1L-EPICXX-00263224-467575

# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** DARYELL E. ZELLMER
KATHY L. NUTT-ZELLMER
DEBTOR(S)

CASE NUMBER 10-81345-TLS
CLAIM NUMBER 055
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM AND NOTICE OF THE MANNER OF THE PROPOSED TREATMENT OF YOUR CLAIM AND OF AN OPPORTUNITY TO REQUEST A HEARING

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it for allowance as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing at: 13930 Gold Circle, Suite 201 Omaha, NE 68144-2304
or by phone at: 402.697.0437 or by fax at: 866.554.4057

Account No.: 1415565

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130

AMOUNT: 9,791.60
Classified as: Unsecured

Remarks:

If you disagree with the Trustee's proposed treatment of your claim, you may request the Trustee to specify the reason(s) for the manner in which you claim was recorded. The Trustee will assume the proposed allowance is correct, and the claim will be treated as recorded, unless you file with the Clerk by: 08/12/2010

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted above. Over-secured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of pre-confirmation interest.

DATED: 07/13/2010

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MERCHANTS CREDIT ADJUSTERS
17055 FRANCES ST STE 100
OMAHA, NE 68130